# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STAMBAUGH LAW, P.C.,** : | CIVIL ACTION NO. 1:08-CV-0302 |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **IDEARC MEDIA CORP.,** : | |
| Defendant : | |

## ORDER

AND NOW, this 3rd day of April, 2009, upon consideration of the suggestion of bankruptcy of defendant Idearc Media LLC.[1] (Doc. 20), indicating that the same has filed a petition for bankruptcy in the United States Bankruptcy Court for the Northern District of Texas, it is hereby ORDERED that:

1. Proceedings in the above-captioned matter are STAYED.

2. Counsel for defendant Idearc Media LLC shall file periodic reports regarding the status of the bankruptcy proceeding. The first such report shall be due on or before July 1, 2009, and subsequent reports shall be due on or before the first day of every third month thereafter.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes only.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The bankruptcy petition was filed under the name of "Idearc Media *LLC*" rather than "Idearc Media *Corp.*," the defendant named herein. (See Doc. 1 at 1 in In re Idearc Media LLC, No. 3:09-BK-31836 (Bankr. N.D. Tex.). According to the petition, Idearc Media Corp. was the name previously used by the entity currently known as Idearc Media LLC. (Id.)